**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
**JOSE PORRAS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.: 2:13-mj-00314-AC |
| ) | |
| Plaintiff,          ) | **STIPULATION AND ORDER RE** |
| ) | **DETENTION HEARING AND SETTING** |
| vs.          ) | **OF PRELIMINARY HEARING DATE** |
| ) | |
| JOSE PORRAS,          ) | DATE:  October 16, 2013 |
| ) | TIME:  2:00 p.m. |
| Defendant.          ) | COURT:  Hon. Kendal Newman |
| ) | |

Defendant JOSE PORRAS, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant U.S. Attorney Jason Hitt, hereby stipulate and request that the Court continue the detention hearing and the setting of a preliminary hearing date in the above captioned case from October 16, 2013, to October 21, 2013.  Counsel for defendant is currently in a jury trial in San Joaquin County (*People v. Percy Camel*, Case Number SF114327A) and will be unavailable to personally attend on October 16, 2013, to address the issues surrounding defendant's detention.  Defense counsel's trial will not be in session on Monday, October 21, 2013 and thus he will be personally available to attend the detention hearing on October 21, 2013.  Additionally, defense counsel needs additional time to prepare for the detention hearing.

For these reasons, the parties stipulate and request that the case be continued to October 21, 2013, at 2:00 p.m..

Dated: October 15, 2013    Respectfully submitted,

/s/ Jason Hitt[1]
JASON HITT
Assistant U.S. Attorney

Dated: October 15, 2013    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
JOSE PORRAS

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Dated:  October 16, 2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Assistant U. S Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.