**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916)444-5558

Attorney for Defendant
**JOSE PORRAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JOSE PORRAS,<br><br>             Defendant. | CASE NO.  2:13-CR-00361-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 24, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 24, 2014.

2.      By this stipulation, defendant now moves to continue the status conference until September 18, 2014, and to exclude time between July 24, 2014 and September 18, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

   a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 63 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)      In light of the recent U. S. Supreme Court's ruling in connection with warrantless

searches of cellular telephones, counsel for defendant needs additional time to conduct legal research concerning the affect of such ruling in Mr. Porras' case.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 24, 2014 to September 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: July 7, 2014          BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ Jason Hitt
                  JASON HITT
                  Assistant United States Attorney

Dated: July 7, 2014          /s/ Johnny L. Griffin, III
                  JOHNNY L. GRIFFIN, III
                  Counsel for Defendant
                  JOSE PORRAS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of July, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

3