**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile:  (916)444-5558

Attorney for Defendant
**JOSE PORRAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JOSE PORRAS,<br><br>               Defendant. | CASE NO.  2:13-CR-00361-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 30, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 30, 2014.

2.     By this stipulation, defendant now moves to continue the status conference until December 11, 2014, and to exclude time between October 30, 2014 and December 11, 2014, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

     a)     The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 63 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)     Counsel for defendant has completed his research surrounding potential legal and

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

1

factual issues stemming from the recent U. S. Supreme Court's ruling in connection with warrantless searches of cellular telephones.  Defense counsel now desires additional time to meet and confer with the government regarding reaching a resolution in light of defense counsel's views of the this recent change in case law.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 30, 2014 to December 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: October 24, 2014         BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ Jason Hitt
                     JASON HITT
                     Assistant United States Attorney

///

///

| | |
|---|---|
| Dated: October 24, 2014 | /s/ Johnny L. Griffin, III |
| | JOHNNY L. GRIFFIN, III |
| | Counsel for Defendant |
| | JOSE PORRAS |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of October, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

3