BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE PORRAS, <br><br> Defendant. | CASE NO. 2:13-CR-0361 TLN <br><br> GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND **ORDER** |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Jose PORRAS in Case No. 2:13-CR-0361 TLN pursuant to Federal Rule of Criminal Procedure 48(a).

The government brings this motion in the interests of justice because defendant has entered into an agreement with the United States and the Sacramento County District Attorney's Office. Under the agreement, the United States agrees to dismiss the Indictment in exchange for defendant's entry of guilty pleas to specified state felony charges. Accordingly, the undersigned respectfully moves to dismiss the Indictment against defendant PORRAS in the interests of justice pursuant to Rule 48(a).

1

**O R D E R**

For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS HEREBY ORDERED that the Indictment in Case No. 2:13-CR-0361 TLN against Jose PORRAS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: January 14, 2015

Troy L. Nunley
United States District Judge