UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 16, 2015

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE PORRAS,

Defendant.

Case No.  2:13-CR-00361-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  _JOSE PORRAS_ ,

Case No.  _2:13-CR-00361-TLN,_ Charge _21 U.S.C. § 841(a)(1) - Possession with_

_Intent to Distribute Methamphetamine_ , from custody for the following reasons:

‎_____    Release on Personal Recognizance

‎_____    Bail Posted in the Sum of $ ‎_____

‎_____        Unsecured Appearance Bond $ ‎_____

‎_____        Appearance Bond with 10% Deposit

‎_____        Appearance Bond with Surety

‎_____        Corporate Surety Bail Bond

‎_____        (Other):  _Charge dismissed pursuant to the_

‎       X        _Government's Motion to Dismiss Indictment filed on_

‎                _January 15, 2015. The Defendant shall be released_

‎_____        _from the custody of the United States Marshal._

Issued at Sacramento, California on January 16, 2015 at 10:00 a.m.

By: ‎_____

District Judge Troy L. Nunley